# RESCRIPT OPINIONS.

JOHN REAL *vs.* SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL IN-
STITUTION, WALPOLE. September 25, 1985. *Imprisonment. Due Process
of Law,* Prison disciplinary proceeding.

The Supreme Court of the United States, having vacated the judgment
of this court and having remanded the case to this court for further proceed-
ings not inconsistent with its opinion (*Ponte* v. *Real,* 471 U.S. 491 [1985]),
and the defendant superintendent having admitted to this court that, if given
the opportunity, he could not demonstrate the reasons why the plaintiff's
witnesses were not called at his disciplinary hearing, the judgments are
reversed and the case is remanded for entry of judgment declaring the rights
of the plaintiff and ordering relief consistent with the principles set forth
in the opinion of this court in this case (see 390 Mass. 399, 408 [1983]),
with the defendant having, on request, the right to conduct a new hearing
as stated in the opinion.

*So ordered.*

The case was considered on submissions by counsel.
*Jonathan Shapiro* for the plaintiff.
*Martin E. Levin,* Assistant Attorney General, for the defendant.